UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2017
David J. Bradley, Clerk

| | |
|---|---|
| STEVE VIC PARKER, AKA § <br> JERRY WILSON, § <br>    Petitioner, § <br> § <br> versus § <br> § <br> LORIE DAVIS, § <br> Director of the Texas Department of Criminal § <br> Justice - Correctional Institutions Division, § <br>    Respondent. | CIVIL ACTION 4:16-CV-02108 <br> CONSOLIDATED WITH NO. 4:16-CV-02274 |

## Order of Adoption

On February 10, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 21) to which the petitioner objected (Dkt. 23). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice as successive. The court will issue a separate final judgment.

Signed March 8, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge